DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID JEROME BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2886

[November 6, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562022CF002909A.

Carey Haughwout, Public Defender, and Devin Johnson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, for appellee.

PER CURIAM.

In this *Anders* appeal, defense counsel properly concedes no issue of arguable merit exists.[1] We specifically note that any argument that the trial court's assessment of prosecution costs was improper also lacks merit. *See Icon v. State*, 322 So. 3d 117, 119 (Fla. 4th DCA 2021) (explaining that assessment of prosecution costs pursuant to section 938.27, Florida Statutes, need not be supported by evidence if the defendant affirmatively agrees to pay the requested amount); *Watts v. State*, 973 So. 2d 1271, 1273 (Fla. 2d DCA 2008) (concluding that stipulation to payment of specific amount of costs pursuant to section 938.27, Florida Statutes, waives entitlement to any further hearing on such costs).

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

*       *       *

*Not final until disposition of timely filed motion for rehearing.*